# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO OCAMPO,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>MARTIN BITER, Warden,<br><br>　　　　　　Respondent. | Case No. SACV 11-1957-BRO (JEM)<br><br>**J U D G M E N T** |

　　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　　IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: May 24, 2013

　　　　　　　　　　　　　　　　　　　BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE